**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT**

IN RE:

Ronald G. Masters &
Christa R. Masters,

    Debtors.

_____/

Case No. 16-52385-MBM

Chapter 7

Hon. Marci B. McIvor

## DEBTORS' OBJECTION TO PROOF OF CLAIM 9-1 RE CAVALRY SPV, LLC, ASSIGNEE OF CAPITAL ONE, N.A.

The Debtors, by their attorneys, Falk & Tocco, P.C., for their Objection to Proof of Claim 9-1 regarding Cavalry SPV, LLC, assignee of Capital One, N.A., state as follows:

1. That Debtors filed a joint Chapter 7 case, as husband and wife, on September 7, 2016.

2. That pursuant to 11 USC § 302, and Federal Bankruptcy Rule 1015, the Debtors' joint petition was never consolidated by order of the court, thereby leaving separate estates for each debtor that are merely being jointly administered.

3. That on or about December 13, 2016, Debtors filed Amended Schedules B and C listing Debtor husband's inheritance from his father who had passed post-petition.

4. That funds were subsequently turned over to the Chapter 7 trustee to pay claims in this matter with the appropriate notice(s) to creditors to file claims.

5. That pursuant to Michigan law, a spouse's inheritance is generally deemed separate property and outside the reach of the other spouse and his or her separate creditors. *See generally*, *Cunningham v Cunningham*, 289 Mich App. 195, 201; 795 NW2d 826 (2010); and *Lee v Lee*, 191 Mich App 73, 79; 477 NW2d 429 (1991).

1

6. That pursuant to 11 USC § 302, Federal Bankruptcy Rule 1015, and related bankruptcy authority, the assets of one debtor, owned separately, stay within that estate and cannot be used to pay creditors of the other debtor, unless the two estates are formally consolidated. See, Reider v FDIC (In re Reider), 31 F.3d 1102, 1112 (11th Cir. 1994); and In re Portell, 557 B.R. 161 (Bankr. W.D. Mo. 2016).

7. That on February 14, 2017, Creditor Cavalry SPV, LLC, assignee of Capital One, N.A., timely filed its Proof of Claim, with Claims Register Number 9-1.

8. That such Proof of Claim, and its supporting, attached documentation, show that such claim is solely the individual liability of the Debtor wife.

9. That the estate funds of Debtor husband should not be used to pay the individual liabilities of the Debtor wife whose separate bankruptcy estate has no funds.

10. That a proposed Order Disallowing Claim is attached as Exhibit A.

Accordingly, Debtors respectfully request that this Honorable Court Disallow the Proof of Claim as requested.

Respectfully submitted:

/s/ David J. Falk            .
Falk & Tocco, P.C.
David J. Falk (P47053)
Attorneys for Debtors
34620 Utica Road, Ste 200
Fraser, MI  48026
(586) 498-2300
davidfalkbk@comcast.net

Dated:  March 8, 2017

IN RE:

Ronald G. Masters &
Christa R. Masters,

    Debtors.

_____/

Case No. 16-52385-MBM

Chapter 7

Hon. Marci B. McIvor

## (PROPOSED) ORDER DISALLOWING CLAIM 9-1 RE CAVALRY SPV, LLC, ASSIGNEE OF CAPITAL ONE, N.A.

This matter having come before the Court upon Debtors' Objection to Proof of Claim pursuant to L.B.R. 3007-1 (E.D.M.), the Objection having been properly noticed and served in accordance with the local bankruptcy rules, the requisite time for a response having passed, no response having been timely filed, or if filed, having been heard by this Court, and the Court being otherwise fully advised:

IT IS HEREBY ORDERED that the Proof of Claim 9-1 Re Cavalry SPV, LLC, assignee of Capital One, N.A., is disallowed from payment of the separate bankruptcy estate of Debtor Ronald G. Masters.

EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

IN RE:                                                    Case No. 16-52385-MBM

Ronald G. Masters &
Christa R. Masters,                                       Chapter 7

    Debtors.                                        Hon. Marci B. McIvor
_____/

## NOTICE OF OBJECTION TO PROOF OF CLAIM 9-1
## RE CAVALRY SPV, LLC, ASSIGNEE OF CAPITAL ONE, N.A.

The Debtors have filed an objection to your Proof of Claim in this bankruptcy case.

**Your claim may be reduced, modified, or denied.  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the Court to deny or change your claim, then on or before April 11, 2017, you or your attorney must:

1. File with the Court a written response to the objection, explaining your postion, at:

    U.S. Bankruptcy Court
    211 W. Fort Street, Suite 2100
    Detroit, MI  48226

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

David J. Falk, Attorney for Debtors, 34620 Utica Road, Ste 200, Fraser, MI  48026; and

Mark H. Shapiro, Chapter 7 Trustee, 25925 Telegraph Road, Ste 203, Southfield, MI 48033.

2.  Attend the hearing on the objection, scheduled to be held on April 18, 2017, at 9:00 a.m., in Courtroom 1875, United States Bankruptcy Court, 211 W. Fort Street, Detroit, Michigan 48226, unless your attendance is excused by mutual agreement between yourself and the objector's attorney.  (Unless the matter is disposed of summarily as a matter of law, the hearing shall be pre-trial conference only; neither testimony nor evidence will be received.  A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim, in which event the hearing will be cancelled, and the objection sustained.**

                                      /s/ David J. Falk           .
                                      Falk & Tocco, P.C.
                                      David J. Falk (P47053)
                                      Attorneys for Debtors
                                      34620 Utica Road, Ste 200
                                      Fraser, MI  48026
                                      (586) 498-2300
                                      davidfalkbk@comcast.net

Dated:  March 8, 2017

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

IN RE:

Ronald G. Masters &
Christa R. Masters,

    Debtors.
_____/

Case No. 16-52385-MBM

Chapter 7

Hon. Marci B. McIvor

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he served a copy of Debtors' Objection to Proof of Claim, together with Proposed Order, Notice of Objection, and this Certificate of Service, upon:

    Mark H. Shapiro, Chapter 7 Trustee

    Tracy M. Clark, Attorney for Chapter 7 Trustee

by way of CM/ECF, and upon:

    Cavalry SPV, LLC
    c/o Bass & Associates, P.C.
    3936 E. Ft.Lowell Road, Ste 200
    Tucson, AZ  85712

by way of first-class, U.S. Mail, postage prepaid, on March 8, 2017.

    /s/ David J. Falk         .
    Falk & Tocco, P.C.
    David J. Falk (P47053)
    Attorneys for Debtors
    34620 Utica Road, Ste 200
    Fraser, MI  48026
    (586) 498-2300
    davidfalkbk@comcast.net

Dated:  March 8, 2017